Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ○ YES ● NO  **DOCKET NUMBER:** 3:23-CR- 273-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs JAMELL REVON FIELDS, et al

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : ARREST WARRANTS

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*: ○ Petty  ○ Misdemeanor  ● Felony

21 USC § 846 ; 21 USC § 841 (a)(1)

**JUVENILE:** ○ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : THOMAS KENT

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )