# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Jamell Revon FIELDS a/k/a "Cuz"

Case Number: 3:23 CR 273-001

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 21 USC 846 and 841(b)(1)(A) | 10 Years | Minimum term of 10 years imprisonment, maximum term of life imprisonment, maximum fine of $10,000,000, and at least 5 years of supervised release. |
| 2 | 21 USC 841(a)(1) and 841(b)(1)(A) | 10 Years | Minimum term of 10 years imprisonment, maximum term of life imprisonment, maximum fine of $10,000,000, and at least 5 years of supervised release. |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☒ NO
* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☐ DISCHARGE

# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Lawrence Luther MOORE a/k/a "Black"

Case Number: 3:23 CR 273-002

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 21 USC 846 and 841(b)(1)(A) | 10 Years | Minimum term of 10 years imprisonment, maximum term of life imprisonment, maximum fine of $10,000,000, and at least 5 years of supervised release. |
| 2 | 21 USC 841(a)(1) and 841(b)(1)(A) | 10 Years | Minimum term of 10 years imprisonment, maximum term of life imprisonment, maximum fine of $10,000,000, and at least 5 years of supervised release. |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☒ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☒ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☒ NO
\* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH
☐ DISCHARGE